### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JIAXING LIEFENG OUTDOOR PRODUCTS, CO., LTD., a Chinese company,

                    Plaintiff,

          vs.

HERITAGE TRAVELWARE, LTD., an Illinois corporation,

                    Defendant.

Case No. 1:24-cv-03806

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

### Recitals

1.      Defendant was served with the Summons and Complaint by personal service on September 30, 2024.

2.      Defendant failed to file an Answer and the deadline for doing so has expired.

3.      Plaintiff has filed a Motion for Default Judgment in which Plaintiff requests a money judgment against Defendant in the amount of $941,763.95.

**NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Recitals are incorporated herein by reference.

2.      Plaintiff's Motion for Default Judgment is granted.

3.      Plaintiff is entitled to a money judgment against Defendant in the amount of $941,763.95.

# # # #