**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIAXING LIEFENG OUTDOOR PRODUCTS, CO., LTD., a Chinese company,<br><br>        Plaintiff,<br><br>  vs.<br><br>HERITAGE TRAVELWARE, LTD., an Illinois corporation,<br>        Defendant. | Case No. 1:24-cv-03806 |

## **DEFAULT JUDGMENT**

Defendant, Heritage Travelware LTD., having failed to appear, plead or otherwise defend in this action, and default having been entered, and Plaintiff's attorneys having required judgment against Defendant and having filed a proper Motion and Affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff, Jiaxing Liefeng Outdoor Products Co., LTD., No. 1400 Yanjia Road, Yountong Street, Haiyan County, Jiaxing

4871-7138-3033, v. 3

City, Zejiang Province, China, is hereby awarded a money judgment against Defendant, Heritage Travelware, LTD., 2500 Northwest Parkway, Elgin, IL 60124, as follows:

| | |
|---|---:|
| Principal | $941,195.60 |
| Filing Fee | 293.35 |
| Service Fee | 125.00 |
| Filing Fee (Pro hac vice admission to Northern Dist. of Illinois) | 150.00 |
| Total | $941,763.95 |

Plus interest on the judgment at the legal rate until the judgment is satisfied.

# # # #